HOUSSIERE, DURANT & HOUSSIERE, LLP
1990 Post Oak Boulevard, Suite 800
Houston, Texas 77056-3812
Telephone: 713-626-3700
Facsimile: 713-626-3709

Monica C. Vaughan
Texas Bar No. 00794784
Attorneys for Plaintiff, Valaree Bailey-Hathaway

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 3:06-CV-04226-CRB<br><br>MDL NO. 1699<br>**District Judge: Charles R. Breyer** |
| Valaree Bailey-Hathaway,<br>                    Plaintiff,<br><br>vs.<br><br>Pfizer Inc., et al.<br>                    Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, VALAREE BAILEY-HATHAWAY, and Defendants, by and through the undesigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorney's fees and costs.

DATED: Sept. 14, 2009        HOUSSIERE, DURANT & HOUSSIERE, LLP

By: _____
    Monica C. Vaughan
    Attorneys for Plaintiff, Valaree Bailey-Hathaway

DATED: December 8, 2009      DLA PIPER LLP (US)

By: _____
    Michelle W. Sadowsky
    Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: DEC 1 1 2009          _____
                             Hon. Charles R. Breyer
                             United States District Court

-2-